The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CAROLYN MCCONNELL,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>NATIONAL LABOR RELATIONS BOARD,<br><br>　　　　　　　Defendant. | Case No. 2:25-cv-01546-JLR<br><br>**JOINT SCHEDULING PROPOSAL<br>& [PROPOSED] ORDER**<br><br>Noted for Consideration:<br>November 18, 2025. |

Pursuant to the Court's order issued November 7, 2025 (Dkt. 25), the parties have met and conferred regarding the initial case schedule and jointly propose the following deadlines:

| | |
|---|---|
| FRCP 26(f) Conference: | December 4, 2025 |
| Initial Disclosures Pursuant to FRCP 26(a)(1): | December 11, 2025 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and LCR 26(f): | December 18, 2025 |

//

//

JOINT SCHEDULING PROPOSAL
& [PROPOSED] ORDER
[Case No. 2:25-cv-01546-JLR] - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

DATED this 18th day of November 2025.

Respectfully submitted,

CHARLES NEIL FLOYD
United States Attorney

*s/ Sarah Louise Bishop*
SARAH LOUISE BISHOP, NY No. 5256359
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-4063
Fax: 206-553-4067
Email: sarah.bishop@usdoj.gov

*Attorneys for Defendant*

I certify that this memorandum contains 63 words, in compliance with the Local Civil Rules.

*s/ Colleen Zimmerman*
Colleen Zimmerman, DC Bar #90003410
Pro hac vice
czimmerman@peer.org
962 Wayne Ave., Suite 610
Silver Spring, MD 20910
Phone: (202) 464-2293

*s/ Paula Dinerstein*
Paula Dinerstein, DC Bar #333971
Pro hac vice
pdinerstein@peer.org
962 Wayne Ave., Suite 610
Silver Spring, MD 20910
Phone: 202-265-7337

*s/ Joe Shaeffer*
Joe Shaeffer, WSBA #33273
joe@mhb.com
705 Second Ave., Suite 1500
Seattle, WA 98104
Phone: (206) 622-1604

*Attorneys for Plaintiff*

JOINT SCHEDULING PROPOSAL
& [PROPOSED] ORDER
[Case No. 2:25-cv-01546-JLR] - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**[PROPOSED]** ORDER

The parties' scheduling proposal is ADOPTED. The initial case deadlines in this matter are set as follows:

| | |
|---|---|
| FRCP 26(f) Conference: | December 4, 2025 |
| Initial Disclosures Pursuant to FRCP 26(a)(1): | December 11, 2025 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and LCR 26(f): | December 18, 2025 |

**IT IS SO ORDERED**.

DATED this 18th day of November, 2025.

JAMES L. ROBART
Senior United States District Judge

JOINT SCHEDULING PROPOSAL
& [PROPOSED] ORDER
[Case No. 2:25-cv-01546-JLR] - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970