The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CAROLYN MCCONNELL,<br><br>                    Plaintiff,<br><br>     v.<br><br>NATIONAL LABOR RELATIONS BOARD,<br><br>                    Defendant. | Case No. 2:25-cv-01546-JLR<br><br>**JOINT SCHEDULING PROPOSAL & [PROPOSED] ORDER**<br><br>Noted for Consideration:<br>December 11, 2025. |

Pursuant to the Court's order issued November 18, 2025 (Dkt. 27), the parties met and conferred for the FRCP 26(f) Conference on December 3, 2025, and jointly propose the following deadlines:

| | |
|---|---|
| Initial Disclosures Pursuant to FRCP 26(a)(1): | December 18, 2025 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and LCR 26(f): | January 15, 2026 |

//

//

JOINT SCHEDULING PROPOSAL
& [PROPOSED] ORDER
[Case No. 2:25-cv-01546-JLR] - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

DATED this 11th day of December 2025.

          Respectfully submitted,

          *s/ Colleen Zimmerman*
          Colleen Zimmerman, DC Bar #90003410
          Pro hac vice
          czimmerman@peer.org
          962 Wayne Ave., Suite 610
          Silver Spring, MD 20910
          Phone: (202) 464-2293

          *s/ Paula Dinerstein*
          Paula Dinerstein, DC Bar #333971
          Pro hac vice
          pdinerstein@peer.org
          962 Wayne Ave., Suite 610
          Silver Spring, MD 20910
          Phone: 202-265-7337

          *s/ Joe Shaeffer*
          Joe Shaeffer, WSBA #33273
          joe@mhb.com
          705 Second Ave., Suite 1500
          Seattle, WA 98104
          Phone: (206) 622-1604

          *Attorneys for Plaintiff*

          I certify that this memorandum contains 58 words, in compliance with the Local Civil Rules.

          CHARLES NEIL FLOYD
          United States Attorney

          *s/ Sarah Louise Bishop*

JOINT SCHEDULING PROPOSAL
& [PROPOSED] ORDER
[Case No. 2:25-cv-01546-JLR] - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

SARAH LOUISE BISHOP, NY No. 5256359
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-4063
Fax: 206-553-4067
Email: sarah.bishop@usdoj.gov

*Attorneys for Defendant*

JOINT SCHEDULING PROPOSAL
& [PROPOSED] ORDER
[Case No. 2:25-cv-01546-JLR] - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**[PROPOSED] ORDER**

The parties' scheduling proposal is ADOPTED. The initial case deadlines in this matter are set as follows:

| | |
|---|---|
| Initial Disclosures Pursuant to FRCP 26(a)(1): | December 18, 2025 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and LCR 26(f): | January 15, 2026 |

**IT IS SO ORDERED**.

DATED this __12th__ day of __December__, 2025.

*[signature]*

JAMES L. ROBART
Senior United States District Judge

JOINT SCHEDULING PROPOSAL
& [PROPOSED] ORDER
[Case No. 2:25-cv-01546-JLR] - 4

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970